# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUEEN NAJA, | : | Civil No. 1:20-CV-02027 |
| Appellant, | : | |
| v. | : | |
| UNITED STATES TRUSTEE, | : | |
| Appellee. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of March, 2021, **IT IS ORDERED THAT:**

1. Appellant's appeal, Doc. 1, is **DENIED**.

2. Appellant's pending motions, Docs. 2, 3, 15, 16, 17, 21, 22, 23, 24, 25, 26, 30, 32, 35, are **DEEMED WITHDRAWN** for failure to comply with Local Rule 7.5.

3. The Clerk of Court is directed to close this case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania